# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MINNESOTA

# INITIAL APPEARANCE, ARRAIGNMENT & PLEA HEARING

| | |
|---|---|
| UNITED STATES OF AMERICA, Plaintiff, v. RONNIE WILLIAMS a/k/a Michael Gibson, Defendant. | **COURT MINUTES - CRIMINAL**<br><br>Case No:  0:25-cr-00228-LMP (1)<br>Date:  7/8/2025<br>Court Reporter: Lynne Krenz<br>Courthouse:  St. Paul<br>Courtroom:  3A<br>Time Commenced:  10:03 AM<br>Time Concluded:  11:06 AM<br>Time in Court:  1 Hour, 3 minutes |

Before Laura M. Provinzino, United States District Judge, at St. Paul, Minnesota.

APPEARANCES:
  For Plaintiff: Harry Jacobs, Assistant United States Attorney
  For Defendant: Christopher Keyser, Retained

PROCEEDINGS:

  [x] **INITIAL APPEARANCE and ARRAIGNMENT:**
    [x] Reading of Information Waived
  [x] **WAIVER OF INDICTMENT**
  [x] **PLEA:**
    [x] Guilty as to Count 1 of Felony Information.
  [x] Presentence Investigation and Report requested.
  [x] Defendant released on Conditions - See Order Setting Conditions of Release and Appearance Bond.
  [x] Sentencing to be scheduled at a later date.

s/T. Campbell<br>Courtroom Deputy